UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 18-6300-Valle

UNITED STATES OF AMERICA,
        Plaintiff,

v.

Ralph Rampulla, Jr.,
        Defendant.
_____/

## WAIVER OF TIMELY PRELIMINARY EXAMINATION

The defendant having been advised of the right to a timely preliminary hearing or examination as to the probable cause, and the defendant having refused and waived a timely preliminary examination,

The defendant now signs this Waiver of Timely Preliminary Examination.

_____    _____
Date                                                                Defendant (signature)

## MAGISTRATE'S CERTIFICATE

The U. S. Magistrate Judge certifies that the defendant, after being advised of the right to a preliminary examination **14/21** days from the defendant's initial appearance has stated he/she refused and waived such timely preliminary examination and signed the foregoing Waiver of Timely Preliminary Examination.

IT IS ORDERED that a timely preliminary examination in the above-entitled matter is refused and waived, and the arraignment is rescheduled for 9/19/18 , at 11:00 a.m., before the Fort Lauderdale Duty Magistrate Judge.

_____    _____
PATRICK M. HUNT                                     DATE
UNITED STATES MAGISTRATE JUDGE