# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 07/23/18   Time: 11:00 a.m.

Defendant: Ralph Rampulla, Jr.   J#: 41653-054   Case #: 18-6300-Valle

AUSA: Cynthia Wood (Francis Viamontes Duty)   Attorney: _____

Violation: Conspiracy to Commit Wire Fraud

Proceeding: Report Re Counsel & Arraignment   CJA Appt: _____

Bond/PTD Held: ○ Yes ○ No   Recommended Bond: _____

Bond Set at: $100,000-PSB   Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: _____

Disposition:
All parties present.

Deft signed Waiver Of Timely Preliminary Examination.

Deft requested additional time to hire a lawyer.

**NEXT COURT APPEARANCE**

| | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 08/20/18 | 11:00 a.m. | Duty | FLL |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | 09/19/18 | 11:00 a.m. | Duty | FLL |
| Status Conference RE: | | | | |

Check if Applicable: [X] The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:42:36   Time in Court: 20 Mins